UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>QUAN TRAN,<br><br>    Respondent. | Case No. 16-cv-01991-JSC<br><br>**ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |

Petitioner, the United States of America, filed this action on April 15, 2016 seeking to compel Respondent Quan Tran to respond to an Internal Revenue Service ("IRS") summons served on Mr. Tran on January 20, 2016. (Dkt. No. 1.) Having reviewed and considered Petitioner's application, the Court orders Mr. Tran to appear and show cause on July 7, 2016 at 9:00 a.m., in Courtroom F, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, as to why he should not be compelled to appear and provide documents and testimony as required by the IRS summons. Mr. Tran may file a response to this Order on or before June 16, 2016, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746. Petitioner's reply, if any, shall be filed on or before June 23, 2016.

Petitioner shall serve Mr. Tran with a copy the petition seeking to enforce the summons and a copy of this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure on or before May 16, 2016.

**To contest the IRS summons, Mr. Tran must appear and show cause on July 7, 2016 in accordance with this Order.**

    **IT IS SO ORDERED.**

Dated: May 9, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge